Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SHANE BARNETT,

    Plaintiff,

v.

OFFICE DEPOT INC., Washington corporation,

    Defendant.

No. 2:17-cv-00839-JLR

JOINT STIPULATION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL WITH PREJUDICE

**Noting Date:** October 12, 2017

## STIPULATED MOTION

IT IS HEREBY STIPULATED between the undersigned parties, through their respective counsel of record, that the claims against Defendant Office Depot, Inc. be dismissed with prejudice and without costs to either party.

| MacDONALD HOAGUE & BAYLESS | LITTLER MENDELSON, P.C. |
|---|---|
| By: s/Jesse Wing<br>Jesse Wing, WSBA # 27751<br>JesseW@MHB.com<br>Angela C. Galloway, WSBA#<br>AngelaG@MHB.com<br>Attorneys for Plaintiff<br>Shane Barnett | By: [signature]<br>James G. Zissler, WSBA #30287<br>jzissler@littler.com<br>Thomas P. Holt, WSBA #39722<br>tholt@littler.com<br>Attorneys for Defendant<br>Office Depot Inc. |
| DATED this 12th day of October, 2017. | DATED this 10th day of October, 2017. |

JOINT STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE - 1

No. 2:17-cv-00839-JLR
11419.01 kj108501

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## ORDER

IT IS HEREBY ORDER, ADJUDGED AND DECREED that the claims against Defendant in the above-entitled matter are dismissed with prejudice and without costs to either party.

DATED this 13th day of October 2017.

_____
Hon. James L. Robart
United States District Court Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: s/Jesse Wing
Jesse Wing, WSBA # 27751
JesseW@MHB.com
Angela C. Galloway, WSBA #45330
AnngelaG@MHB.com
Attorneys for Plaintiff

Copy received; approved as to form;
Notice of Presentation waived:

LITTLER MENDELSON, P.C.

By: _____
James G. Zissler, WSBA #30287
jzissler@littler.com
Thomas P. Holt, WSBA #39722
tholt@littler.com
Attorneys for Defendant

JOINT STIPULATION AND (PROPOSED) ORDER OF DISMISSAL
WITH PREJUDICE - 2

No. 2:17-cv-00839-JLR

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled JOINT STIPULATION OF AND ORDER OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

**Attorneys for Defendant Office Depot, Inc.**

James G. Zissler, WSBA #30287
Thomas P. Holt, WSBA #39722

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
Phone: (206) 623-3300
Fax: (206) 447-6965
Email: jzissler@littler.com
Email: tholt@littler.com
Email: tholiday@littler.com
Email: kfiumano@littler.com

DATED this 12th day of October, 2017, at Seattle, Washington.

s/Esmeralda Valenzuela
Esmeralda Valenzuela, Legal Assistant

JOINT STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE - 3

No. 2:17-cv-00839-JLR
11419.01 Ej108501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961